IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) ) | NO. 19 C 3982 |
| INDUSTRIAL SERVICES GROUP, INC., an Iowa corporation, | ) ) ) ) | JUDGE EDMOND E. CHANG |
| Defendant. | ) ) | |

## **MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on August 5, 2019, request this Court enter judgment against Defendant, INDUSTRIAL SERVICES GROUP, INC. In support of this Motion, Plaintiffs state:

1. On August 5, 2019, this Court entered default against Defendant and granted Plaintiffs' request for an order directing Defendant to turn over its monthly fringe benefit contribution reports for the time period June 2018 forward. The Court also entered an order that judgment would be entered after Plaintiffs' received the required contribution reports and determined the amounts due and owing from Defendant.

2. On September 4, 2019, Plaintiffs filed a motion for an order setting a hearing on a rule to show cause as a result of Defendant's failure to comply with the August 5, 2019 order. The motion was set for hearing on September 11, 2020.

3. On September 11, 2020, the motion hearing was held and continued to September 26, 2019.

4. On September 26, 2019, the Court granted Plaintiffs' motion and ordered Scott Moeller to appear for a rule to show cause/contempt hearing on October 24, 2019. Due to illness, the Court reset the rule to show cause hearing from October 24, 2019 to November 4, 2019.

5. On November 4, 2019, this Court held Scott Moeller in contempt of court for his failure to comply with the Court's August 5, 2019 order and in failing to appear before the Court on October 24, 2019. the Court set a status hearing for December 3, 2019.

6. On December 3, 2019, Plaintiffs' counsel advised the Court that Defendant provided some documentation in response to the Court's August 5, 2019 order. Accordingly, the Court continued the status hearing to January 9, 2020.

7. On January 9, 2020, Plaintiffs' counsel advised the Court that she did not receive complete documentation in full compliance with the Court's August 5, 2019 order. In response, the Court ordered Plaintiffs' counsel to file a motion for entry of judgment by March 17, 2020 and notice the motion for hearing on March 24, 2020.

8. On March 24, 2020, the Court reset the status hearing from March 24, 2020 to April 15, 2020 and ordered Plaintiffs' counsel to file the motion for entry of judgment by April 7, 2020 and notice the motion for hearing on April 15, 2020.

9. Based on the limited payroll records obtained from Defendant, Plaintiffs have estimated the contributions due from Defendant for the time period June 2018 through August 2019 to be $107,431.86. (See Affidavit of David Bratek).

10. Additionally, the amount of $10,743.18 is due for liquidated damages. (Bratek Aff. Par. 5).

11. In addition, Plaintiffs' firm has expended $567.24 for costs and $4,197.50 for attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

12. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $122,939.78.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $122,939.78.

/s/ Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone:  (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\CarpsJ\Industrial Services Group\motion-judgment.cms.df.wpd

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 7th day of May 2020:

      Mr. Scott Moeller, Registered Agent/President
      Industrial Services Group, Inc.
      24738 Northwest Court
      Anamosa, IA   52205-7819


      /s/   Cecilia M. Scanlon


Cecilia M. Scanlon
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone:  (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\CarpsJ\Industrial Services Group\motion-judgment.cms.df.wpd